IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:03CR152 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| ) | |
| TRACY VAUGHN, ) | |
| ) | |
| Defendant. ) | |

In accordance with the related Memorandum and Order,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Filing No. 151) is summarily denied;

2. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 153) is denied; and

3. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 2nd day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge