IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR152 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| TRACY VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's request for a certificate of appealability (Filing No. 159). Pursuant to the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 ("AEDPA"), the right to appeal the denial of a motion filed pursuant to 28 U.S.C. § 2255 is governed by the certificate of appealability requirements of 28 U.S.C. § 2253(c). 28 U.S.C. § 2253(c)(2) provides that a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right:

> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from–
>
> ....
>
> (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
>
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

28 U.S.C. § 2253(c).

A "substantial showing of the denial of a constitutional right" requires "a showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should

have been resolved in a different manner or that the issues presented were ' "adequate to deserve encouragement to proceed further." ' "  *Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (citation omitted).

For the reasons set forth in the previously issued Memorandum and Order (Filing No. 156) denying the Defendant's § 2255 motion, the Court concludes that the Defendant has not made a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c).

IT IS ORDERED:

1. The Defendant's request for a certificate of appealability (Filing No. 159) is denied;

2. The Clerk of Court shall provide a copy of this Order to the Eighth Circuit Court of Appeals; and

3. A copy of this Memorandum and Order shall be mailed to the Defendant at his last known address.

DATED this 20th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge