IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR152** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **TRACY VAUGHN,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion for a two-week continuance to file simultaneous briefs or a stipulation regarding the Defendant's motion for a sentence reduction as a result of the crack cocaine amendments to the guidelines (Filing No. 179).

IT IS ORDERED:

1. The Defendant's motion to continue (Filing No. 179) is granted; and

2. The required briefs or stipulation described in the Court's previous order dated June 10, 2008, must be filed on or before July 25, 2008.

DATED this 11th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge