IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  8:03CR152 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TRACY VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's filing entitled, "Notification of Interlocutory Appeal to the Circuit Court from the Decision to deny in the annexed Order from the District Court" (Filing No. 206) and the Clerk's memorandum regarding in forma pauperis status (Filing No. 207).  The Defendant appeals from the Court's April 17, 2014, Text Order (Filing No. 205) which overruled the Defendant's Opposition and Objection to Mischaracterization of Submissions (Filing No. 204). In Filing No. 206, the Defendant requests that the proceedings in this court be stayed, but the Court in unaware of any pending issues in the Defendant's case.

IT IS ORDERED:

1. The Defendant is not granted leave to proceed in forma pauperis; and

2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address and to the Eighth Circuit Court of Appeals.

DATED this 8th day of May, 2014.

BY THE COURT

s/Laurie Smith Camp
Chief United States District Judge