IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>vs.<br><br>TRACY VAUGHN,<br><br>            Defendant. | 8:03CR152<br><br>**ORDER** |

This matter is before the Court on the Defendant's pro se motion for "Status" of his appeal, and for copies of his docket sheet (Filing No. 214). The defendant's appeal is a matter handled by the Eighth Circuit Court of Appeals, and therefore the District Court cannot provide the defendant with information as to the status of said appeal. Additionally, the defendant has not set forth a reason why copies should be provided without payment. The defendant's Motion for Status and Copies will be denied. The defendant may contact the Clerk of the U.S. District Court to inquire as to the cost of obtaining copies of his docket sheet.

      IT IS ORDERED:

      1.    The Defendant's Motion for Status and Copies (Filing No.214) is denied. The defendant may contact the Clerk of the U.S. District Court to inquire as to the cost of obtaining copies of his docket sheet.

      2.    The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

      Dated this 7th day of August, 2014.

                                                                       BY THE COURT:

                                                                       s/ F.A. Gossett, III
                                                                       United States Magistrate Judge