**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>TRACY VAUGHN,<br><br>              Defendant. | 8:03CR152<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Defendant's pro se Notice of Appeal, ECF No. 250, filed on March 22, 2019.

Counsel was appointed to represent the Defendant with respect to potential eligibility for relief under the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018). The Federal Public Defender entered his appearance in this matter on March 6, 2019. Accordingly, any filings in this matter must be through counsel and not made pro se. The Defendant is encouraged to communicate with his court-appointed counsel.

IT IS ORDERED:

1. The Defendant's pro se Notice of Appeal is denied; and
2. The Clerk will mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 8th day of April 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge