# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TRACY VAUGHN,<br><br>　　　　　　Defendant. | 8:03CR152<br><br>ORDER |

The Government may respond to the Defendant's Motion to Reduce Sentence Under Section 404 of the First Step Act, ECF No. 260, on or before January 23, 2020. The Government's response may include (1) analysis of what weight should be given to the Court's findings of fact in ECF No. 97 regarding drug quantities attributable to the Defendant, and (2) any evidence of the Defendant's disciplinary record during his incarceration.

IT IS ORDERED:

The Government may respond to the Defendant's Motion to Reduce Sentence Under Section 404 of the First Step Act, ECF No. 260, on or before January 23, 2020.

Dated this 12th day of December 2019.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　Senior United States District Judge