IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TRACY VAUGHN,<br><br>        Defendant. | 8:03CR152<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order.

    IT IS ORDERED:

1. The Defendant's Motion to Reduce Sentence Under section 404 of the First Step Act, ECF No. 260, is denied.

Dated this 4th day of March, 2020.

                                                      BY THE COURT:

                                                      s/Laurie Smith Camp<br>
                                                      Senior United States District Judge